# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

*September 06, 2024*

Nathan Ochsner, Clerk of Court

No. 23-20235

United States Court of Appeals
Fifth Circuit

**FILED**

September 6, 2024

Lyle W. Cayce
Clerk

DOMINGO HERRERA,

*Plaintiff—Appellee,*

*versus*

ART ACEVEDO; OFFICER B. TIEN; OFFICER T. SEAGLER; OFFICER J. WAHRENBERGER,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-2083

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of September 06, 2024, pursuant to Appellants' unopposed motion.

No. 23-20235

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____

Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A True Copy
Certified order issued Sep 06, 2024

Clerk, U.S. Court of Appeals, Fifth Circuit

2

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 06, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

     No. 23-20235   Herrera v. Acevedo
               USDC No. 4:20-CV-2083

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

*Dantrell Johnson*

                    By: _____
                    Dantrell L. Johnson, Deputy Clerk
                    504-310-7689

cc w/encl:
     Ms. Melissa Azadeh
     Mr. Robert William Higgason
     Mr. Alexander Charles Johnson
     Mr. Randall Lee Kallinen