# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **DOMINGO HERRERA,** § § | |
| **Plaintiff,** § § | |
| v. § § | **CIVIL ACTION NO. 4:20-CV-2083** |
| **CITY OF HOUSTON, TEXAS; POLICE CHIEF ART ACEVEDO, Individually and JOHN DOE OFFICERS, Individually,** § § § § | |
| **Defendants.** § | |

## STIPULATION OF DISMISSAL

The Parties in this case filed a Joint Stipulation of Dismissal with Prejudice. ECF No. 168. In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure this action, and all claims and defenses asserted in all such actions are hereby DISMISSED WITH PREJUDICE. Accordingly, the Clerk is directed to CLOSE this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 22nd of May, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE